[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-10282
Non-Argument Calendar
_____

D.C. Docket No. 2:11-cv-00225-RWS

BRADLEY J. BAYLES,

Plaintiff-Appellant,

GRACE Y. BAYLES,

Plaintiff,

versus

INDYMAC MORTGAGE SERVICES,
A Division of OneWest Bank, FSB,
DEUTSCHE BANK NATIONAL TRUST COMPANY
AS TRUSTEE OF THE INDYMAC INDEX MORTGAGE
LOAN TRUST 2006-AR-3, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-AR-3 UNDER THE POOLING
AND SERVICING AGREEMENT DATED FEBRUARY 1, 2006,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(October 8, 2013)

Before HULL, JORDAN, and HILL, Circuit Judges.


PER CURIAM:

Having reviewed the record and considered the arguments of the parties set forth in their briefs, we affirm the district court in all respects related to this appeal for the reasons stated by the district court.

AFFIRMED.